IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PROGME CORPORATION**,   Civil Action No. 2:18-cv-11728

        **Plaintiff**   District Judge Denise Page Hood
                                      Magistrate Judge Mona K. Majzoub

   v.

**GOOGLE LLC,**

        **Defendant**

### PLAINTIFF'S OPPOSITION TO PLAINTIFF'S COUNSEL MOTION TO WITHDRAW AS COUNSEL

    Now comes Plaintiff, by counsel, and, hereby opposes **PLAINTIFF'S COUNSEL MOTION TO WITHDRAW AS COUNSEL** filed 7/24/20 in the above-captioned action, Dkt. 40.

Date: August 7, 2020                                  Respectfully submitted,

                                                            /s/ David A. Reams
                                                           David A. Reams, #2086
                                                           Reams Law
                                                           2536 11th St., NW
                                                           Washington, DC 20001
                                                          Telephone: 202-286-9776
                                                           reamslawyer@gmail.com

                                                   **Practice Limited to US Court & Federal Agency Licensed in Ohio**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2020, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

Signed,

/s/ David A. Reams
David A. Reams